# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:      Case No. 25-14004-djb

    Justin S. Miller,     Chapter 7

        Debtor.

### Order Extending Time to File Reaffirmation Agreement and Deferring Entry of Discharge

**AND NOW**, upon consideration of the Motion to Extend Time to File Reaffirmation Agreement and to Defer Entry of Discharge filed by Debtor Justin S. Miller, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The deadline for the Debtor to file a reaffirmation agreement with Ford Motor Credit Company concerning the Debtor's 2019 Ford Edge is extended to February 4, 2026.

3. Entry of the Debtor's Chapter 7 discharge is deferred to February 5, 2026.

Date: **December 29, 2025**

Derek J. Baker
U.S. Bankruptcy Judge